**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES LEE PERRY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION: 12-00317-KD-C** |
| | : | |
| **SHARON CARRAWAY,** | : | |
| **Defendant.** | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 5, 2013, is **ADOPTED** as the opinion of this Court.   Accordingly, it is **ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the **28**[th] day of **March 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**